Johann Strauss, appellee, v. State Commercial & Savings Bank, appellant. Gen. No. 29,027.

Action to recover amount paid to bank for purchase of German war loan bond. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Isaac B. Craig, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed. Opinion filed December 24, 1924.

Rieger & Rieger, for appellant; George H. Sugrue and McCormick, Kirkland, Patterson & Fleming, of counsel. Frank H. Lennards, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Jack M. Katz and Sam Gross, appellees, v. Illinois Smelting & Refining Company, appellant. Gen. No. 29,036.

Action to recover price of goods sold. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and cause remanded. Opinion filed December 24, 1924.

Henry W. Leman and Frank H. Culver, for appellant. Benjamin B. Morris, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

The Southwestern Milling Company, Inc., appellant, v. Frank G. Clark, appellee. Gen. No. 29,054.

Action to recover damages for breach of contract for the sale of merchandise. Judgment for the defendant. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and judgment for plaintiff entered here. Opinion filed December 24, 1924. Rehearing denied January 6, 1925.

James A. O'Callaghan, for appellant; Francis L. Brinkman, of counsel. David D. Stansbury, for appellee; Max Haleff, of counsel.

Mr. Justice Thomson delivered the opinion of the court.